IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO BUSTOS ANAYA, | 1:08-cv-00287-OWW-DLB (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENT'S MOTION TO DISMISS |
|     vs. | |
| D.K. SISTO, | (DOCUMENT #16) |
|     Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 13, 2008, petitioner filed a motion to extend time to file an opposition to respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to respond to respondent's motion to dismiss .

IT IS SO ORDERED.

Dated:   **May 16, 2008**          **/s/ Dennis L. Beck**
                                                                          UNITED STATES MAGISTRATE JUDGE