IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO BUSTOS ANAYA,  <br>    Petitioner,  <br>  v.  <br>D.K. SISTO,  <br>    Respondent. | 1:08-cv-00287-OWW-DLB (HC)  <br>ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A REPLY  <br>(DOCUMENT #19) |

Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to motion to dismiss. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 24, 2008, in which to file a reply to Petitioner's opposition to motion to dismiss.

IT IS SO ORDERED.

Dated:   **July 1, 2008**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE