1

2

3

4

5

6

7

8

9

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13    **DOMINGO BUSTOS ANAYA,**                      1:08-cv-00287 OWW DLB HC

14                              Petitioner,          **ORDER**

15              **v.**

16    **D.K. SISTO,**

17                              Respondent.

18

19          Respondent has requested a thirty (30) day extension of time in which to file Respondent's

20    reply to Petitioner's opposition to motion to dismiss.  GOOD CAUSE APPEARING, Respondent

21    is granted an extension of time to and including August 23, 2008, in which to file a response to

22    Petitioner's opposition to motion to dismiss.

23

24          IT IS SO ORDERED.

25        **Dated:    July 31, 2008**              _____/s/ **Dennis L. Beck**_____
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28