IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO BUSTOS ANAYA,   Petitioner,   vs.   D.K. SISTO, et al.,   Respondents. _____/ | 1:08-cv-0287-OWW-DLB (HC)   ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION   (DOCUMENT #32)   THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 6, 2008, petitioner filed a motion to extend time to file any objections to the findings and recommendation. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Magistrate Judge's Findings and Recommendation.

IT IS SO ORDERED.

Dated:   **November 7, 2008**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE