1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DOMINGO BUSTOS ANAYA,                    1:08-cv-00287 OWW DLB HC

10                      Petitioner,          ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATION, DISMISSING
11        v.                                 PETITION FOR WRIT OF HABEAS CORPUS,
                                             DIRECTING CLERK OF COURT TO ENTER
12   D.K. SISTO,                             JUDGMENT, AND DECLINING TO ISSUE
                                             CERTIFICATE OF APPEALABILITY
13
                        Respondent.          [Doc. 31]
14   _____/

15
16        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
17   pursuant to 28 U.S.C. § 2254.

18        On October 7, 2008, the Magistrate Judge issued Findings and Recommendation that the
     Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was
19   served on all parties and contained notice that any objections were to be filed within thirty (30)
20   days of the date of service of the order.

21        On December 3, 2008, Petitioner filed timely objections to the Findings and
22   Recommendation.

23        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
24   a de novo review of the case.  Having carefully reviewed the entire file, including Petitioner's
25   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
26   supported by the record and proper analysis.  Petitioner's objections present no grounds for
27   questioning the Magistrate Judge's analysis.

28

Accordingly, IT IS HEREBY ORDERED that:

1.       The Findings and Recommendation issued October 7, 2008, is ADOPTED IN
         FULL;

2.       The Petition for Writ of Habeas Corpus is DISMISSED, with prejudice;

3.       The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent;
         and

4.       The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c);
         Slack v. McDaniel, 529 U.S. 473, 484 (2000) (in order to obtain a COA,
         petitioner must show: (1) that jurists of reason would find it debatable whether the
         petition stated a valid claim of a denial of a constitutional right; and (2) that jurists
         of reason would find it debatable whether the district court was correct in its
         procedural ruling.  Slack v. McDaniel, 529 U.S. 473, 484 (2000).  In the present
         case, the Court does not find that jurists of reason would not find it debatable
         whether the petition was properly dismissed, with prejudice, as time-barred under
         28 U.S.C. § 2244(d)(1).  Petitioner has not made the required substantial showing
         of the denial of a constitutional right.

IT IS SO ORDERED.

**Dated:    January 7, 2009**              _____/s/ Oliver W. Wanger_____
                                           UNITED STATES DISTRICT JUDGE